IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JORGE ROSALES, | ) | |
| Plaintiff, | ) | NO. 3:24-cv-00025 |
| v. | ) | JUDGE RICHARDSON |
| FLAGSTAR BANK, et al., | ) | |
| Defendants. | ) | |

# ORDER

The parties have filed a "Joint Stipulation of Dismissal With Prejudice" (Doc. No. 24, "Stipulation") which was filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and signed by counsel for all parties.

Under Rule 41(a)(1)(A)(ii), the Stipulation suffices to dismiss this action without any action on the part of the Court. Because the parties have stated that the dismissal is with prejudice the dismissal is in fact with prejudice.

Accordingly, the Court acknowledges that this action has been **DISMISSED** with prejudice. The Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 58 and close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE