UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Jorge Rosales

        Plaintiff,

v.        Case No.: 3:24–cv–00025

Flagstar Bank, et al.

        Defendant,

**ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/12/2024 re [25].

Lynda M. Hill
s/ Annecia L Donigan, Deputy Clerk